UNITED STATES OF AMERICA,
ex rel. Donna Gatch, et al.

VS.                                                    5:98cv179 SPM

MEDTECH OF NORTH FLORIDA, INC.
et al.

**SEALED
DOCUMENT**

FILED_____

Document # _____**22**_____