IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,
ex rel, DONNA GATCH, PAM
WINANS and MARY RIVERS,

      Plaintiff,

v.

MEDTECH OF NORTH FLORIDA,
INC., d/b/a MEDTECH HOMECARE
and GADSDEN HOSPITAL HOME
HEALTH, WILLIAM O. HARDY;
THOMAS MEADOWS; ALEX HICKS;
BEACH BAY HEALTH STAR, INC.,
d/b/a BEACH BAY HOME HEALTH
and VICTORIA BELLINGER,

      Defendants.

_____/

5:98cv179/SPM

~~UNDER SEAL~~

## ORDER

THE UNITED STATES having declined to intervene in this action pursuant to 31 U.S.C. § 3730(b)(2)(A),

IT IS HEREBY ORDERED that:

1. The complaint be unsealed and served upon the defendant by the relator,

2. All other contents of the Court's file in this action shall remain under seal, except for this Order and the Government's Election to Decline Intervention, which relator will serve on defendant after service of the complaint,

3. The seal be lifted as to all other matters occurring in this action after the date of this Order,



4. The parties shall serve all pleadings and motions filed in this action upon the United States. The United States may order deposition transcripts and is entitled to intervene in this action, for good cause, at any time, and

5. All orders of this Court shall be sent to the United States.

DONE AND ORDERED this 4th day of June, 2002.

STEPHAN P. MICKLE,
UNITED STATES DISTRICT JUDGE