IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,
ex rel, DONNA GATCH, PAM
WINAN, and MARY RIVERS,

    Plaintiffs,

vs.        CASE NO.: 5:98cv179-SPM

MEDTECH OF NORTH FLORIDA,
INC., d/b/a MEDTECH HOMECARE
and GADSEN HOSPITAL HOME
HEALTH; WILLIAM O. HARDY;
THOMAS MEADOWS; ALEX HICKS;
BEACH BAY HEALTH STAR, INC.,
d/b/a BEACH BAY HOME HEALTH;
and VICTORIA BELLINGER,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

On June 7, 2002, the court unsealed the complaint and ordered service upon the defendant by the relators. More than 120 days have passed and it does not appear that service has been effected. Fed. R. Civ. P. 4(m). Nor does it appear that this action has been diligently prosecuted, as required by

Northern District of Florida Local Rule 41.1. Accordingly, it is hereby

ORDERED AND ADJUDGED:

1. The relators shall have up to and including February 14, 2003 to file a written statement of good cause why this case should not be dismissed for failure to prosecute and failure to serve process within 120 days of the order authorizing service.

2. If good cause is not shown, this case will be dismissed without prejudice.

DONE AND ORDERED this 31 day of January, 2003.

*Stephan P. Mickle*
United States District Judge