IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,
ex rel, DONNA GATCH, PAM
WINAN, and MARY RIVERS,

        Plaintiffs,

vs.                                  CASE NO.: 5:98cv179-SPM

MEDTECH OF NORTH FLORIDA,
INC., et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL

The relators having to failed to respond to the Order to Show Cause dated January 31, 2003, it is hereby

ORDERED AND ADJUDGED that this case is dismissed without prejudice for failure to serve process within the time proscribed by Federal Rule of Civil Procedure 4(m) and failure to prosecute in accordance with Northern District of Florida Local Rule 41.1.

DONE AND ORDERED this _24th_ day of February, 2003.

Stephan P. Mickle
United States District Judge

Entered on docket 2/24/02 by KP
(Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCrP)
Copies sent to: _____

25